UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINA MCDOWELL AND SF DOE THROUGH HER NEXT FRIEND, KATHERINE JONES, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No.: 4:08cv00602SNL ) |
| SHERIFF DONALD BLANKENSHIP, AARON PINSON, MICHAEL MANLEY, MARK WYNN, | ) ) ) ) ) |
| Defendants. | ) |

# ORDER AND JUDGMENT

This cause having come before the Court for jury trial on March 25, 2013, and the jury having returned its verdict on March 28, 2013 in favor of Defendants Mark Wynn, Aaron Pinson and Michael Manley on all the plaintiffs' claims, it is the Order and Judgment of this Court that Judgment be entered on the jury verdict in favor of defendants and against plaintiffs.

Court costs are ordered assessed against the plaintiffs.


So ordered:

_____